Willa Elswick
3505 Ironworks Rd.
Winchester, Ky. 40391

Willa Elswick
909 Georgetown St.
Lexington, Ky 40511

7:12-cr-6-2-ART

Lexington, Ky
January 9, 2015

Eastern District of Kentucky
FILED
JAN 20 2015
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Judge Amul Thapar,

My name is Willa Elswick and you are the Judge that was on my case. You sent me a letter a while back and told me that if I felt that I did not get sufficient counsel from my attorney Ned Pillersdorf that I should file a 2255. I am still in Federal custody and am asking if there is any possible way that you could appoint me an attorney to help file this for me. Ned Pillersdorf worked more for the prosecution, Lee Sentry than he did for me. If any justice is to be found I need help. I have done served almost all of the sentence that you imposed and nothing will bring or get that back for me, but I should get some justice, (Because) my attorney did not work for me at all. I paid him $18,500.00 to work for me, and he sold me out. I heard that the federal court system paid him $3500.00 to make me sign the plea deal. If that is true then Mr. Pillersdorf received $22,000.00 to do nothing on my case.

Could you please send a reply to both Addresses

C.C. Rand Paul
C.C. U.S. Attorney General
C.C. Family

Thank you
Willa Elswick