PROB 35
(Rev. 5/2015)

### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date



# UNITED STATES DISTRICT COURT

## FOR THE

Eastern District of Kentucky at Pikeville

UNITED STATES OF AMERICA

     V.

Willa Elswick

Crim. No. 7:12-CR-06-KKC-2

On May 22, 2015, the above named was placed on supervised release for a period of ten years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision. Furthermore, the remaining balance of $59,303.38 in Community Restitution is hereby removed.

Respectfully submitted,

*M F Markwell*

Melissa F. Markwell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated. Furthermore, the remaining balance of $59,303.38 in Community Restitution is hereby removed.

Dated this _____11_____ day of _____January_____, 20 19

*Karen K. Caldwell*

United States District Judge